■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON MASON, Appellant. [675 NYS2d 579] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court erred in denying his motion to preclude the People from introducing at trial oral statements made to a law enforcement officer that were not included in the People's CPL 710.30 notice. The additional statements came to light during

a *Huntley* hearing concerning the statements in the CPL 710.30 notice. By his plea of guilty, defendant forfeited his right to appellate review of the denial of his preclusion motion (*see, People v Taylor*, 65 NY2d 1; *see also, People v Jackson*, 245 AD2d 964, *lv denied* 91 NY2d 926; *People v Flakes*, 240 AD2d 428, *lv denied* 90 NY2d 1011; *People v Hill*, 175 AD2d 603). (Appeal from Judgment of Monroe County Court, Smith, J.—Animal Fighting.) Present—Green, J. P., Pine, Hayes, Callahan and Fallon, JJ.